```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 19585
    WILLIAM C HARLAN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9312


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 07/29/2008 and was not confirmed.

    The case was dismissed without confirmation 11/17/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------
COMMONWEALTH EDISON      UNSECURED            575.44         .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED            353.45         .00             .00
GALWAY FINANCIAL SVC LLC UNSECURED            250.00         .00             .00
GMAC MORTGAGE            CURRENT MORTG           .00         .00             .00
GMAC                     MORTGAGE NOTI   NOT FILED           .00             .00
GMAC MORTGAGE            MORTGAGE ARRE   38682.91            .00             .00
MELVIN J KAPLAN          DEBTOR ATTY      3,500.00                      1,020.80
TOM VAUGHN               TRUSTEE                                           79.20
DEBTOR REFUND            REFUND                                              .00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             1,100.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                          1,020.80
TRUSTEE COMPENSATION                       79.20
DEBTOR REFUND                                .00
                    ---------------     ---------------
TOTALS              1,100.00            1,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/24/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE